# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Phyllis A. Williams

                V.                    **JUDGMENT IN A CIVIL CASE**

Michael J. Astrue, Jo Ann B. Barnhart

                                      CASE NUMBER:    06CV1426 WQH (NLS)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Report and Recommendation is adopted in its entirety; Plaintiff's Motion for Summary Judgment is denied; and Defendant's Motion for Summary Judgment is granted.

| September 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                        s/ A. Everill
                                        (By) Deputy Clerk

                                        ENTERED ON September 27, 2007